ADAM PAUL LAXALT
  Attorney General
WADE BEAVERS
  Deputy Attorney General, Bar #13451
State of Nevada
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1209
E-Mail: wbeavers@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, E.K. McDaniel,*
*Shannon Litz, and Brian Sandoval*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANK J. MATYLINSKY,<br><br>    Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>    Defendants. | Case No. 3:16-cv-00406-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Frank J. Matylinsky, appearing pro se, and Defendants, Romeo Aranas, E.K. McDaniel, Shannon Litz, and Brian Sandoval, by and through counsel Adam Paul Laxalt, Attorney General of the State of Nevada, and Wade Beavers, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice in its entirety.

///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 17th day of July, 2017.

DATED this 21st day of July, 2017.

ADAM PAUL LAXALT
Attorney General

By: *Frank J. Matylinsky*
FRANK J. MATYLINSKY
*Plaintiff, Pro Se*

By: _____
WADE BEAVERS
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 24th day of July, 2017.

_____
DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 21st day of July, 2017, I caused a copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to be served, by U.S. District Court CM/ECF Electronic Filing, on the following:

FRANK J. MATYLINSKY, JR. #94156
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
lawlibrary@doc.nv.gov

An employee of the
Office of the Attorney General

4